**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1199**

———————

JOHN RODGERS BURNLEY,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; DIANE L. SCHROEDER,
Chief Primary Care Physician; NAVREET K.
KALLAR, M.D.; CAROLYN JOHNSON, Nurse; HUNTER
HOLMES MCGUIRE VETERANS ADMINISTRATION MEDICAL
CENTER; DIRECTOR OF HUNTER HOLMES MCGUIRE
VETERANS ADMINISTRATION MEDICAL CENTER,
individual capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (3:05-cv-00554-RLW)

———————

Submitted: September 20, 2006        Decided: October 4, 2006

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Rodgers Burnley, Appellant Pro Se. Jonathan Holland Hambrick,
OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Rodgers Burnley appeals the district court's order denying relief on his complaint alleging violations of his civil rights by employees at the Hunter Holmes McGuire Veterans Administration Medical Center. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Burnley v. United States, No. 3:05-cv-00554-RLW (E.D. Va. Dec. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED